**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHARLES S. BRIGANDO** )<br> )<br>        **Plaintiff,** )<br> )<br>        **v.** )<br> )<br>**MICHAEL J. ASTRUE,** )<br>**Commissioner of the Social** )<br>**Security Administration,** )<br> )<br>        **Defendant.** )<br>_____ ) | **CASE NO. CV 08-05143 SS**<br><br>            **JUDGMENT** |

    IT IS ADJUDGED that the decision of the Commissioner is REVERSED and REMANDED for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).


DATED: April 28, 2009.                         /S/

                                     _____
                                     SUZANNE H. SEGAL
                                     UNITED STATES MAGISTRATE JUDGE