1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9

10
   CHARLES S. BRIGANDO,              ) Case No.: CV 08-5143 SS
11                                    )
           Plaintiff,                 ) ORDER AWARDING EQUAL
12                                    ) ACCESS TO JUSTICE ACT
         vs.                          ) ATTORNEY FEES PURSUANT TO
13                                    ) 28 U.S.C. § 2412(d)
   MICHAEL J. ASTRUE,                 )
14 Commissioner of Social Security,   )
                                      )
15         Defendant                  )
                                      )
16  _____  )

17
        Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to
19
   Lawrence D. Rohlfing, as Plaintiff's assignee and subject to the reservation of
20
   rights, the amount of $3,500.00, as authorized by 28 U.S.C. § 2412(d), subject to
21
   the terms of the above-referenced Stipulation.
22
   DATE: 2/12/10
23
                                          /S/
                                  _____
24                                THE HONORABLE SUZANNE H. SEGAL
                                  UNITED STATES MAGISTRATE JUDGE
25

26

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING

3          /s/ 𝔏𝔞𝔴𝔯𝔢𝔫𝔠𝔢 𝔇. 𝔕𝔬𝔥𝔩𝔣𝔦𝔫𝔤
   _____
4  Lawrence D. Rohlfing
   Attorney for plaintiff Charles S. Brigando

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26